101 A.3d 21

IN THE MATTER OF MARIA A. YELLAND, A/K/A MARIA A. YELLAND–YOUNG, AN ATTORNEY AT LAW (ATTORNEY NO. 058001993).

October 30, 2014.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–079, DRB 14–080, and DRB 14–081, concluding on the records certified by the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **MARIA A. YELLAND, a/k/a MARIA A. YELLAND–YOUNG,** of **ROBBINSVILLE,** who was admitted to the bar of this State in 1994, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonable informed about the status of the matter), *RPC* 1.16(d) (failure to protect client's interests on termination of the representation), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further determined that respondent should be required to return all fees paid by her client in the matter District Docket No. VII–2013–0031E; And good cause appearing;

It is ORDERED that **MARIA A. YELLAND, a/k/a MARIA A. YELLAND–YOUNG,** is hereby censured; and it is further

ORDERED that **MARIA A. YELLAND, a/k/a MARIA A. YELLAND–YOUNG,** shall return all fees paid by her client in the matter District Docket No. VII–2013–0031E; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.